March 2016AO 91 (Rev. 01/09) Criminal Complaint

FILED
DEC 22 2016
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>LIONEL NELSON WILLIAMS,<br>a/k/a "Harun Ash-Shababi,"<br><br>*Defendant* | )<br>)  Case No. 2:16mj 524<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief, that from in or about March 2016, to on or about December 21, 2016, in the Eastern District of Virginia, the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2339B | Attempt to Provide Material Support to a Designated Foreign Terrorist Organization |

This criminal complaint is based on these facts:

☒ Continued on the attached sheet. (Please see attached Affidavit)

READ AND REVIEWED:

_____
Joseph E. DePadilla
Andrew Bosse
Assistant United States Attorneys

_____
*Complainant's signature*
Kristen K. Ashby, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Dec. 22, 2016

City and state: Norfolk, VA

_____
*Judge's signature*
ROBERT J. KRASK
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*